### DEPARTMENT OF DEFENSE
## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | |
|---|---|
| 1. Pay Period End | 02/12/22 |
| 2. Pay Date | 02/18/22 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| FERIBEE NAKIA | GS 09 02 | 29.60 | 44.40 | 48667.00   13116.00   61783.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-9688 | 26.95 | N | 09/30/07 | 240 | 12/31/22 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| NAVY FEDERAL CREDIT UNION | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 10 | 0 | 422049 | S | 0 | 0 | PHILADELPHIA PA | FERS:  4248.92 | |
| PA | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 2368.00 | 9404.80 | |
| TAXABLE WAGES | 2241.28 | 8899.74 | |
| NONTAXABLE WAGES | 126.72 | 505.06 | |
| TAX DEFERRED WAGES | | | |
| DEDUCTIONS | 529.61 | 2102.93 | |
| AEIC | | | |
| NET PAY | 1838.39 | 7301.87 | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2368.00 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 10.24 | 40.80 | FEHB | 111 | 80.18 | 319.14 |
| MEDICARE | | 32.50 | 129.05 | OASDI | | 138.96 | 551.78 |
| RETIRE, FERS | K | 18.94 | 75.23 | TAX, FEDERAL | | 42.51 | 166.64 |
| TAX, LOCAL | 422049 | 90.93 | 361.14 | TAX, STATE | PA | 68.81 | 273.23 |
| DENTAL | | 35.45 | 141.68 | VISION | | 11.09 | 44.24 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 37.00 | 6.00 | 18.00 | 5.00 | 21.00 | | 34.00 | |
| SICK | 29.75 | 4.00 | 12.00 | | 16.00 | | 25.75 | |
| TIME OFF AWD | | | 4.00 | | | | 4.00 | |
| HOLIDAY | | | | | 8.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 5.12 | 20.40 | FEHB | 240.56 | 957.50 |
| MEDICARE | 32.50 | 129.05 | OASDI | 138.96 | 551.78 |
| RETIRE, FERS | 435.71 | 1730.48 | TSP BASIC | 23.68 | 94.05 |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   80.18
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

### DEPARTMENT OF DEFENSE
# CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | | |
|---|---|---|
| 3. Name: FERIBEE NAKIA | 4. Pay Plan/Grade/Step: GS 09 02 | 1. Pay Period End: 01/29/22 |
| 8. Soc Sec No: ***-**-9688 | 5. Hourly/Daily Rate: 29.60 | 2. Pay Date: 02/04/22 |
| 9. Locality %: 26.95 | 6. Basic OT Rate: 44.40 | |
| 10. FLSA Category: N | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay: 48667.00  13116.00  61783.00 | |
| 11. SCD Leave: 09/30/07 | 12. Max Leave Carry Over: 240 | 13. Leave Year End: 12/31/22 |
| 14. Financial Institution - Net Pay: NAVY FEDERAL CREDIT UNION | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |

**17. Tax**
| | Marital Status | Exemptions | Add'l |
|---|---|---|---|
| FED | S | 10 | 0 |
| PA | S | 0 | 0 |

**18. Tax**
| Tax | Marital Status | Exemptions | Add'l | Taxing Authority |
|---|---|---|---|---|
| 422049 | S | 0 | 0 | PHILADELPHIA PA |

**19. Cumulative Retirement** — FERS: 4229.98
**20. Military Deposit**

### 21.
| | Current | Year to Date |
|---|---|---|
| GROSS PAY | 2368.00 | 7036.80 |
| TAXABLE WAGES | 2241.28 | 6658.46 |
| NONTAXABLE WAGES | 126.72 | 378.34 |
| TAX DEFERRED WAGES | | |
| DEDUCTIONS | 529.60 | 1573.32 |
| AEIC | | |
| NET PAY | 1838.40 | 5463.48 |

## CURRENT EARNINGS
| TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|
| REGULAR PAY | 80.00 | 2368.00 |

## DEDUCTIONS
| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 10.24 | 30.56 | FEHB | 111 | 80.18 | 238.96 |
| MEDICARE | | 32.50 | 96.55 | OASDI | | 138.95 | 412.82 |
| RETIRE, FERS | K | 18.94 | 56.29 | TAX, FEDERAL | | 42.51 | 124.13 |
| TAX, LOCAL | 422049 | 90.93 | 270.21 | TAX, STATE | PA | 68.81 | 204.42 |
| DENTAL | | 35.45 | 106.23 | VISION | | 11.09 | 33.15 |

## LEAVE
| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 37.00 | 6.00 | 12.00 | 8.00 | 16.00 | | 33.00 | |
| SICK | 29.75 | 4.00 | 8.00 | 16.00 | 16.00 | | 21.75 | |
| TIME OFF AWD | | | 4.00 | | | | 4.00 | |
| HOLIDAY | | | | 8.00 | 8.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU
| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 5.12 | 15.28 | FEHB | 240.56 | 716.94 |
| MEDICARE | 32.50 | 96.55 | OASDI | 138.95 | 412.82 |
| RETIRE, FERS | 435.71 | 1294.77 | TSP BASIC | 23.68 | 70.37 |

## REMARKS
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $    80.18
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 01/15/22 |
| --- | --- |
| 2. Pay Date | 01/21/22 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
| --- | --- | --- | --- | --- |
| FERIBEE NAKIA | GS  09  02 | 29.60 | 44.40 | 48667.00   13116.00   61783.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
| --- | --- | --- | --- | --- | --- |
| ***-**-9688 | 26.95 | N | 09/30/07 | 240 | 12/31/22 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
| --- | --- | --- |
| NAVY FEDERAL CREDIT UNION | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FED | S | 10 | 0 | 422049 | S | 0 | 0 | PHILADELPHIA PA | FERS:  4211.04 | |
| PA | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. |
| --- | --- | --- | --- |
| GROSS PAY | 2368.00 | 4668.80 | |
| TAXABLE WAGES | 2241.28 | 4417.18 | |
| NONTAXABLE WAGES | 126.72 | 251.62 | |
| TAX DEFERRED WAGES | | | |
| DEDUCTIONS | 531.71 | 1043.72 | |
| AEIC | | | |
| NET PAY | 1836.29 | 3625.08 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REGULAR PAY | 80.00 | 2368.00 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| FEGLI | C0 | 10.24 | 20.32 | FEHB | 111 | 80.18 | 158.78 |
| MEDICARE | | 32.50 | 64.05 | OASDI | | 138.96 | 273.87 |
| RETIRE, FERS | K | 18.94 | 37.35 | TAX, FEDERAL | | 44.61 | 81.62 |
| TAX, LOCAL | 422049 | 90.93 | 179.28 | TAX, STATE | PA | 68.81 | 135.61 |
| DENTAL | | 35.45 | 70.78 | VISION | | 11.09 | 22.06 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ANNUAL | 37.00 | 6.00 | 6.00 | 8.00 | 8.00 | | 35.00 | |
| SICK | 29.75 | 4.00 | 4.00 | | | | 33.75 | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- |
| FEGLI | 5.12 | 10.16 | FEHB | 240.56 | 476.38 |
| MEDICARE | 32.50 | 64.05 | OASDI | 138.96 | 273.87 |
| RETIRE, FERS | 435.71 | 859.06 | TSP BASIC | 23.68 | 46.69 |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
BASIC PAY CHANGED.
PRETAX FEHB EXCLUSION $    80.18
FEHB DEDUCTION CHANGED.
DEDUCTION ADDED/CHANGED FOR VISION AND/OR DENTAL CARE.
RETROACTIVE TIME AND ATTENDANCE ADJUSTMENTS PROCESSED.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | | |
|---|---|---|
| 1. Pay Period End | | 01/01/22 |
| 2. Pay Date | | 01/07/22 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| FERIBEE NAKIA | GS  09  02 | 28.76 | 43.14 | 47619.00   12400.00   60019.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-9688 | 26.04 | N | 09/30/07 | 240 | 01/01/22 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| NAVY FEDERAL CREDIT UNION | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 10 | 0 | 422049 | S | 0 | 0 | PHILADELPHIA PA | FERS: 4192.10 | |
| PA | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 2300.80 | 2300.80 | |
| TAXABLE WAGES | 2175.90 | 2175.90 | |
| NONTAXABLE WAGES | 124.90 | 124.90 | |
| TAX DEFERRED WAGES | | | |
| DEDUCTIONS | 512.01 | 512.01 | |
| AEIC | | | |
| NET PAY | 1788.79 | 1788.79 | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2300.80 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 10.08 | 10.08 | FEHB | 111 | 78.60 | 78.60 |
| MEDICARE | | 31.55 | 31.55 | OASDI | | 134.91 | 134.91 |
| RETIRE, FERS | K | 18.41 | 18.41 | TAX, FEDERAL | | 37.01 | 37.01 |
| TAX, LOCAL | 422049 | 88.35 | 88.35 | TAX, STATE | PA | 66.80 | 66.80 |
| DENTAL | | 35.33 | 35.33 | VISION | | 10.97 | 10.97 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 62.00 | 6.00 | 160.00 | | 185.00 | | 37.00 | |
| SICK | 48.25 | 4.00 | 104.00 | 10.50 | 120.00 | | 32.25 | |
| HOLIDAY | | | | 16.00 | 90.00 | | | |
| ADMIN | | | | | 55.50 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 5.04 | 5.04 | FEHB | 235.82 | 235.82 |
| MEDICARE | 31.55 | 31.55 | OASDI | 134.91 | 134.91 |
| RETIRE, FERS | 423.35 | 423.35 | TSP BASIC | 23.01 | 23.01 |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $     78.60
TSP/ROTH DEDUCTION ADDED/CHANGED.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED