## CIVILIAN LEAVE AND EARNINGS STATEMENT

| | |
|---|---|
| 1. Pay Period End | 03/12/22 |
| 2. Pay Date | 03/1822 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily/Rate | 6. Basic/OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| FERIBEE NAKIA | GS 09 02 | 29.60 | 44.40 | 48677.00  13116.00  61873.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-9688 | 21.79 | N | 09/30/21 | 240 | 12/31/22 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment#1 | 16. Financial Institution - Allotment#2 |
|---|---|---|
| NAVY FEDERAL CREDIT UNION | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement FERS: | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 3 | 0 | 422049 | S | 0 | 0 | PHILADELPHIAPA | 1,615.41 | |
| PA | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 0.00 | 13,315.92 | |
| TAXABLE WAGES | 0.00 | 12,629.56 | |
| NONTAXABLE WAGES | 0.00 | 486.36 | |
| TAX DEFERRED WAGES | | 0.00 | |
| DEDUCTIONS | 0.001 | 3,792.44 | |
| AEIC | | | |
| NET PAY | 0.00 | 9,523.48 | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80 | 0.00 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | | 61.28 | OASDI | | | 479.50 |
| MEDICARE | | | 194.04 | RETIRE, FERS | K | | 829.70 |
| ORG/UNION | VBJA | | 113.11 | TAX, FEDERAL | | | 251.66 |
| TAX, LOCAL | 422049 | | 543.00 | TAX, STATE | PA | | 410.85 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 12.00 | 6.00 | 36.00 | 4.00 | 44.00 | 0.00 | 144.50 | |
| SICK | 4.00 | 4.00 | 24.00 | 4.00 | 28.00 | 0.00 | 55.50 | |
| LWOP | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 0.00 | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 3.45 | 27.46 | FEHB | 190.22 | 1,507.12 |
| MEDICARE | 22.43 | 187.50 | OASDI | 95.89 | 801.71 |
| RETIRE, FERS | 217.85 | 1,705.81 | TSP BASIC | 16.50 | 129.21 |

### REMARKS

PLANNING AHEAD WITH THE FLTCIP.  LEARN MORE ABOUT THE FLTCIP AND EXPLORE ISSUES SUCH AS
MAKING THE MOST OF YOUR BENEFITS, FINANCING LONG TERM CARE, AND RETIREMENT PLANNING.
FIND INFO ON FREE WEBINARS TODAY AT HTTP://WWW.OPM.GOV/INSURE/LTC.
VISIT IRS.GOV FOR DETAILS ON HOW TO DO YOUR FEDERAL TAXES FOR FREE.
PRETAX FEHB EXCLUSION $     63.40
RETROACTIVE TIME AND ATTENDANCE ADJUSTMENTS PROCESSED.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

### DEPARTMENT OF DEFENSE
## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | | |
|---|---|---|
| 1. Pay Period End | | 03/12/22 |
| 2. Pay Date | | 03/18/22 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| FERIBEE NAKIA | GS  09  02 | 29.60 | 44.40 | 48667.00   13116.00   61783.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-9688 | 26.95 | N | 09/30/07 | 240 | 12/31/22 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| NAVY FEDERAL CREDIT UNION | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 10 | 0 | 422049 | S | 0 | 0 | PHILADELPHIA PA | FERS:  4286.80 | |
| PA | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 2368.00 | 14140.80 | |
| TAXABLE WAGES | 2241.28 | 13382.30 | |
| NONTAXABLE WAGES | 126.72 | 758.50 | |
| TAX DEFERRED WAGES | | | |
| DEDUCTIONS | 529.61 | 3162.14 | |
| AEIC | | | |
| NET PAY | 1838.39 | 10978.66 | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2368.00 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 10.24 | 61.28 | FEHB | 111 | 80.18 | 479.50 |
| MEDICARE | | 32.50 | 194.04 | OASDI | | 138.96 | 829.70 |
| RETIRE, FERS | K | 18.94 | 113.11 | TAX, FEDERAL | | 42.51 | 251.66 |
| TAX, LOCAL | 422049 | 90.93 | 543.00 | TAX, STATE | PA | 68.81 | 410.85 |
| DENTAL | | 35.45 | 212.58 | VISION | | 11.09 | 66.42 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 37.00 | 6.00 | 30.00 | 6.00 | 43.00 | | 24.00 | |
| SICK | 29.75 | 4.00 | 20.00 | | 24.00 | | 25.75 | |
| TIME OFF AWD | | | 4.00 | 4.00 | 4.00 | | | |
| HOLIDAY | | | | | 16.00 | | | |
| ADMIN | | | | | 5.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 5.12 | 30.64 | FEHB | 240.56 | 1438.62 |
| MEDICARE | 32.50 | 194.04 | OASDI | 138.96 | 829.70 |
| RETIRE, FERS | 435.71 | 2601.90 | TSP BASIC | 23.68 | 141.41 |

### REMARKS
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   80.18
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**