### DEPARTMENT OF DEFENSE
## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | | |
|---|---|---|
| 1. Pay Period End | | 03/12/22 |
| 2. Pay Date | | 03/18/22 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| FERIBEE NAKIA | GS  09  02 | 29.60 | 44.40 | 48667.00   13116.00   61783.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-9688 | 26.95 | N | 09/30/07 | 240 | 12/31/22 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| NAVY FEDERAL CREDIT UNION | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 10 | 0 | 422049 | S | 0 | 0 | PHILADELPHIA PA | FERS:   4286.80 | |
| PA | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 2368.00 | 14140.80 | |
| TAXABLE WAGES | 2241.28 | 13382.30 | |
| NONTAXABLE WAGES | 126.72 | 758.50 | |
| TAX DEFERRED WAGES | | | |
| DEDUCTIONS | 529.61 | 3162.14 | |
| AEIC | | | |
| NET PAY | 1838.39 | 10978.66 | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2368.00 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 10.24 | 61.28 | FEHB | 111 | 80.18 | 479.50 |
| MEDICARE | | 32.50 | 194.04 | OASDI | | 138.96 | 829.70 |
| RETIRE, FERS | K | 18.94 | 113.11 | TAX, FEDERAL | | 42.51 | 251.66 |
| TAX, LOCAL | 422049 | 90.93 | 543.00 | TAX, STATE | PA | 68.81 | 410.85 |
| DENTAL | | 35.45 | 212.58 | VISION | | 11.09 | 66.42 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 37.00 | 6.00 | 30.00 | 6.00 | 43.00 | | 24.00 | |
| SICK | 29.75 | 4.00 | 20.00 | | 24.00 | | 25.75 | |
| TIME OFF AWD | | | 4.00 | 4.00 | 4.00 | | | |
| HOLIDAY | | | | | 16.00 | | | |
| ADMIN | | | | | 5.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 5.12 | 30.64 | FEHB | 240.56 | 1438.62 |
| MEDICARE | 32.50 | 194.04 | OASDI | 138.96 | 829.70 |
| RETIRE, FERS | 435.71 | 2601.90 | TSP BASIC | 23.68 | 141.41 |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $    80.18
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

### DEPARTMENT OF DEFENSE
## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | |
|---|---|
| 1. Pay Period End | 02/26/22 |
| 2. Pay Date | 03/04/22 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| FERIBEE NAKIA | GS 09 02 | 29.60 | 44.40 | 48667.00   13116.00   61783.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-9688 | 26.95 | N | 09/30/07 | 240 | 12/31/22 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| NAVY FEDERAL CREDIT UNION | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 10 | 0 | 422049 | S | 0 | 0 | PHILADELPHIA PA | FERS:   4267.86 | |
| PA | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 2368.00 | 11772.80 | |
| TAXABLE WAGES | 2241.28 | 11141.02 | |
| NONTAXABLE WAGES | 126.72 | 631.78 | |
| TAX DEFERRED WAGES | | | |
| DEDUCTIONS | 529.60 | 2632.53 | |
| AEIC | | | |
| NET PAY | 1838.40 | 9140.27 | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2368.00 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 10.24 | 51.04 | FEHB | 111 | 80.18 | 399.32 |
| MEDICARE | | 32.49 | 161.54 | OASDI | | 138.96 | 690.74 |
| RETIRE, FERS | K | 18.94 | 94.17 | TAX, FEDERAL | | 42.51 | 209.15 |
| TAX, LOCAL | 422049 | 90.93 | 452.07 | TAX, STATE | PA | 68.81 | 342.04 |
| DENTAL | | 35.45 | 177.13 | VISION | | 11.09 | 55.33 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 37.00 | 6.00 | 24.00 | 16.00 | 37.00 | | 24.00 | |
| SICK | 29.75 | 4.00 | 16.00 | 8.00 | 24.00 | | 21.75 | |
| TIME OFF AWD | | | 4.00 | | | | 4.00 | |
| HOLIDAY | | | | 8.00 | 16.00 | | | |
| ADMIN | | | | 5.00 | 5.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 5.12 | 25.52 | FEHB | 240.56 | 1198.06 |
| MEDICARE | 32.49 | 161.54 | OASDI | 138.96 | 690.74 |
| RETIRE, FERS | 435.71 | 2166.19 | TSP BASIC | 23.68 | 117.73 |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $    80.18
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

## DEPARTMENT OF DEFENSE
## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 12/18/21 |
|---|---|
| 2. Pay Date | 12/23/21 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| FERIBEE NAKIA | GS 09 02 | 28.76 | 43.14 | 47619.00    12400.00    60019.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-9688 | 26.04 | N | 09/30/07 | 240 | 01/01/22 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| NAVY FEDERAL CREDIT UNION | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 10 | 0 | 422049 | S | 0 | 0 | PHILADELPHIA PA | FERS:    4173.69 | |
| PA | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 2300.80 | 55883.92 | |
| TAXABLE WAGES | 2125.90 | 51895.91 | |
| NONTAXABLE WAGES | 124.90 | 3244.09 | |
| TAX DEFERRED WAGES | 50.00 | 1300.00 | |
| DEDUCTIONS | 582.01 | 16687.40 | |
| AEIC | | | |
| NET PAY | 1718.79 | 39752.60 | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2300.80 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| DEBT, ROUTINE | Q3 | | 556.08 | FEGLI | C0 | 10.08 | 234.45 |
| FEHB | 111 | 78.60 | 2040.94 | MEDICARE | | 31.55 | 771.34 |
| OASDI | | 134.91 | 4270.96 | RETIRE, FERS | K | 18.41 | 451.51 |
| VCS DEDUCT | | | 739.23 | TAX LEVY CNT | | | 483.76 |
| TAX, FEDERAL | | 32.01 | 494.51 | TAX, LOCAL | 422049 | 88.35 | 2183.40 |
| TAX, STATE | PA | 66.80 | 1633.07 | TSP SAVINGS | | 50.00 | 1300.00 |
| DENTAL | | 35.33 | 917.93 | VISION | | 10.97 | 285.22 |
| ROTH DED | | 25.00 | 325.00 | | | | |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 62.00 | 10.00 | 154.00 | 5.50 | 185.00 | | 31.00 | |
| SICK | 48.25 | 4.00 | 100.00 | | 109.50 | | 38.75 | |
| HOLIDAY | | | | | 74.00 | | | |
| ADMIN | | | | | 55.50 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 5.04 | 117.24 | FEHB | 235.82 | 6123.34 |
| MEDICARE | 31.55 | 771.34 | OASDI | 134.91 | 3298.15 |
| RETIRE, FERS | 423.35 | 9890.65 | TSP BASIC | 23.01 | 564.41 |
| TSP MATCHING | 72.01 | 1570.23 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
PRETAX FEHB EXCLUSION $    78.60
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 12/04/21 |
| --- | --- |
| 2. Pay Date | 12/10/21 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
| --- | --- | --- | --- | --- |
| FERIBEE NAKIA | GS  09  02 | 28.76 | 43.14 | 47619.00   12400.00   60019.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
| --- | --- | --- | --- | --- | --- |
| ***-**-9688 | 26.04 | N | 09/30/07 | 240 | 01/01/22 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
| --- | --- | --- |
| NAVY FEDERAL CREDIT UNION | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FED | S | 10 | 0 | 422049 | S | 0 | 0 | PHILADELPHIA PA | FERS:  4155.28 | |
| PA | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. |
| --- | --- | --- | --- |
| GROSS PAY | 2300.80 | 53583.12 | |
| TAXABLE WAGES | 2125.90 | 49770.01 | |
| NONTAXABLE WAGES | 124.90 | 3119.19 | |
| TAX DEFERRED WAGES | 50.00 | 1250.00 | |
| DEDUCTIONS | 627.39 | 16105.39 | |
| AEIC | | | |
| NET PAY | 1673.41 | 38033.81 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REGULAR PAY | 80.00 | 2300.80 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| DEBT, ROUTINE | Q3 | | 556.08 | FEGLI | C0 | 10.08 | 224.37 |
| FEHB | 111 | 78.60 | 1962.34 | MEDICARE | | 31.55 | 739.79 |
| OASDI | | 175.30 | 4136.05 | RETIRE, FERS | K | 18.41 | 433.10 |
| VCS DEDUCT | JC | 4.99 | 739.23 | TAX LEVY CNT | | | 483.76 |
| TAX, FEDERAL | | 32.01 | 462.50 | TAX, LOCAL | 422049 | 88.35 | 2095.05 |
| TAX, STATE | PA | 66.80 | 1566.27 | TSP SAVINGS | | 50.00 | 1250.00 |
| DENTAL | | 35.33 | 882.60 | VISION | | 10.97 | 274.25 |
| ROTH DED | | 25.00 | 300.00 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ANNUAL | 62.00 | 6.00 | 144.00 | 18.00 | 179.50 | | 26.50 | |
| SICK | 48.25 | 4.00 | 96.00 | | 109.50 | | 34.75 | |
| HOLIDAY | | | | 8.00 | 74.00 | | | |
| ADMIN | | | | | 55.50 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- |
| FEGLI | 5.04 | 112.20 | FEHB | 235.82 | 5887.52 |
| MEDICARE | 31.55 | 739.79 | OASDI | 134.91 | 3163.24 |
| RETIRE, FERS | 423.35 | 9467.30 | TSP BASIC | 23.01 | 541.40 |
| TSP MATCHING | 72.01 | 1498.22 | | | |

## REMARKS

$   40.39 COLLECTED THIS PAY PERIOD FOR A $   972.81 (LESS AMT APPLIED LEAVES A REMAINING
BALANCE $     0.00) OASDI CORRECTION DEBT IN ACCORDANCE WITH 5 U.S.C. 5514.
PAYROLL OFFICE CUSTOMER SERVICE (800)729-3277   DSN 580-7500.
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
FEDERAL EMPLOYEES' HEALTH BENEFITS (FEHB) OPEN SEASON
FROM THE SECOND MONDAY OF NOVEMBER THROUGH THE SECOND MONDAY OF DECEMBER.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
STARTING PAY PERIOD ENDING JAN 16 2021, COLLECTION OF ANY SOCIAL SECURITY (OASDI) TAX THAT
WAS DEFERRED IN 2020 WILL BE COLLECTED UNTIL PAID IN FULL. FOR MORE INFORMATION, CONTACT
YOUR CUSTOMER SERVICE REPRESENTATIVE AND VISIT WWW.DFAS.MIL/TAXES/SOCIAL-SECURITY-DEFERRAL
PRETAX FEHB EXCLUSION $    78.60
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**