# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Nakia Feribee<br>                    Debtor(s)<br><br>U.S. Bank National Association, (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982), its successors and/or assigns<br>                    Movant<br>          vs.<br><br>Nakia Feribee<br>                    Debtor(s)<br><br>Kenneth E. West<br>                    Trustee | CHAPTER 13<br><br><br><br><br>NO. 22-10502 ELF<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of U.S. Bank National Association, (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982), which was filed with the Court on or about **May 12, 2022, docket number 25**.

                                                            Respectfully submitted,


                                                            /s/ Denise Carlon, Esq.
                                                            _____
                                                            Denise Carlon, Esquire
                                                            KML Law Group, P.C.
                                                            BNY Mellon Independence Center
                                                            701 Market Street, Suite 5000
                                                            Philadelphia, PA  19106
                                                            Phone: (215)-627-1322

Dated: October 10, 2022