United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 22-10502-elf
Nakia Feribee  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Oct 31, 2022      Form ID: 155      Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nakia Feribee, 1165 Atwood Road, Philadelphia, PA 19151-3108 |
| 14672823 | + | Auto Trakk, Llc, 1500 Sycamore Rd Ste 200, Montoursville, PA 17754-9416 |
| 14672826 | + | Luther Appliance & Fur, 129 Oser Ave Ste A, Hauppauge, NY 11788-3813 |
| 14672830 | | Pennsylvania Housing Finance Agency, PO Box 642572, Pittsburgh, PA 15264-2572 |
| 14695441 | + | Philadelphia Gas Works, 800 West Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14672832 | | Trident Asset Manageme, 10375 Old Alabama Rd Ste, Alpharetta, GA 30022 |
| 14672833 | + | U.S. Bank N.A., Trustee for the PHFA, 211 North Front Street, PO Box 15057, Harrisburg, PA 17105-5057 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14684680 | | Email/Text: megan.harper@phila.gov | Oct 31 2022 23:57:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14683680 | + | Email/Text: megan.harper@phila.gov | Oct 31 2022 23:57:00 | City of Philadelphia and/or Water Revenue Bureau, Pamela Elchert Thurmond, Esq., Law/Revenue Department, Mun. Serv. Bldg., 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1617 |
| 14672824 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 01 2022 00:14:32 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14672825 | | Email/Text: Bankruptcy@ICSystem.com | Oct 31 2022 23:57:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164 |
| 14674064 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 01 2022 00:14:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14672827 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 31 2022 23:57:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14672828 | ^ | MEBN | Oct 31 2022 23:56:09 | Ncb Management Service, 1 Allied Dr, Trevose, PA 19053-6945 |
| 14672829 | + | Email/Text: bnc@nordstrom.com | Oct 31 2022 23:57:14 | Nordstrom/td Bank Usa, 13531 E. Caley Ave, Englewood, CO 80111-6504 |
| 14673262 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 01 2022 00:14:45 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14688798 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 31 2022 23:57:00 | PECO, 2301 Market Street 04 NW, Philadelphia, PA 19103-1380 |
| 14676790 | ^ | MEBN | Oct 31 2022 23:56:13 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14686406 | + | Email/Text: blegal@phfa.org | | |

Case 22-10502-elf  Doc 59  Filed 11/02/22  Entered 11/03/22 00:33:37  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 31, 2022 | Form ID: 155 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 31 2022 23:57:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14688511 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 01 2022 00:14:32 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14681323 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 31 2022 23:57:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14683596 | | Email/Text: bnc-quantum@quantum3group.com | Oct 31 2022 23:57:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14676012 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 01 2022 00:04:22 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14672831 | + | Email/PDF: tbiedi@PRAGroup.com | Nov 01 2022 00:14:39 | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 14672834 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Nov 01 2022 00:04:15 | U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 14683731 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Nov 01 2022 00:04:15 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107-3380 |
| 14672835 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 31 2022 23:57:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14672836 | + | Email/Text: megan.harper@phila.gov | Oct 31 2022 23:57:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14688649 | *+ | Auto Trakk LLC, 1500 Sycamore Road, Suite 200, Montoursville, PA 17754-9416 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 02, 2022          Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust |

Indenture dated as of April 1, 1982) bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov

PAUL H. YOUNG
on behalf of Debtor Nakia Feribee support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Nakia Feribee
     Debtor(s)

Chapter: 13

Bankruptcy No: 22−10502−elf

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this October 25, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                      Eric L. Frank
                                                      Judge ,
                                                      United States Bankruptcy Court

                                                                                58 − 15
                                                                                Form 155