# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 22-10502-ELF

NAKIA  FERIBEE

1165 ATWOOD ROAD

PHILADELPHIA, PA 19151

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  NAKIA  FERIBEE

  1165 ATWOOD ROAD

  PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

  PAUL H YOUNG, ESQ
  3554 HULMEVILLE RD
  SUITE 102
  BENSALEM, PA 19020-

                                /S/ Kenneth E. West

Date: 2/1/2023                    _____

                                Kenneth E. West, Esquire
                                Chapter 13 Standing Trustee