### *UNITED STATES BANKRUPTCY COURT*
### *EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Nakia Feribee
        Debtor(s)

Case No: 22–10502–mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

**RESCHEDULED **
Motion to Modify Plan Filed by Nakia Feribee Represented by PAUL H. YOUNG

on: 4/6/23

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  3/9/23

Timothy B. McGrath
Clerk of Court

68 – 63
Form 167