United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nakia Feribee  
　　Debtor  

Case No. 22-10502-mdc  
Chapter 13  

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　　　　　　　User: admin　　　　　　　　　Page 1 of 3  
Date Rcvd: Apr 28, 2023　　　　　　　Form ID: pdf900　　　　　　　Total Noticed: 32  

The following symbols are used throughout this certificate:  
**Symbol　Definition**

+ 　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^ 　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nakia Feribee, 1165 Atwood Road, Philadelphia, PA 19151-3108 |
| 14672826 | + | Luther Appliance & Fur, 129 Oser Ave Ste A, Hauppauge, NY 11788-3813 |
| 14672830 | | Pennsylvania Housing Finance Agency, PO Box 642572, Pittsburgh, PA 15264-2572 |
| 14695441 | + | Philadelphia Gas Works, 800 West Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14672832 | | Trident Asset Manageme, 10375 Old Alabama Rd Ste, Alpharetta, GA 30022 |
| 14672833 | + | U.S. Bank N.A., Trustee for the PHFA, 211 North Front Street, PO Box 15057, Harrisburg, PA 17105-5057 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 28 2023 23:50:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 28 2023 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Apr 28 2023 23:50:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 29 2023 00:00:16 | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14672823 | + | Email/Text: aleasure@autotrakk.com | Apr 28 2023 23:50:00 | Auto Trakk, Llc, 1500 Sycamore Rd Ste 200, Montoursville, PA 17754-9416 |
| 14684680 | | Email/Text: megan.harper@phila.gov | Apr 28 2023 23:50:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14683680 | + | Email/Text: megan.harper@phila.gov | Apr 28 2023 23:50:00 | City of Philadelphia and/or Water Revenue Bureau, Pamela Elchert Thurmond, Esq., Law/Revenue Department, Mun. Serv. Bldg., 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1617 |
| 14672824 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 28 2023 23:49:40 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14672825 | + | Email/Text: Bankruptcy@ICSystem.com | Apr 28 2023 23:50:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14674064 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2023 23:50:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14672827 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 28 2023 23:50:00 | Midland Funding, 2365 Northside Dr Ste 30, San |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 28, 2023 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | Bypass/Delivery | Date/Time | Name and Address |
|---|---|---|---|
| | | | Diego, CA 92108-2710 |
| 14672828 | ^ MEBN | Apr 28 2023 23:46:04 | Ncb Management Service, 1 Allied Dr, Trevose, PA 19053-6945 |
| 14672829 | + Email/Text: bnc@nordstrom.com | Apr 28 2023 23:50:28 | Nordstrom/td Bank Usa, 13531 E. Caley Ave, Englewood, CO 80111-6504 |
| 14673262 | + Email/PDF: rmscedi@recoverycorp.com | Apr 28 2023 23:49:54 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14688798 | + Email/Text: bankruptcygroup@peco-energy.com | Apr 28 2023 23:50:00 | PECO, 2301 Market Street 04 NW, Philadelphia, PA 19103-1380 |
| 14676790 | ^ MEBN | Apr 28 2023 23:46:08 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14686406 | + Email/Text: blegal@phfa.org | Apr 28 2023 23:50:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14688511 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2023 23:50:02 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14695441 | ^ MEBN | Apr 28 2023 23:46:11 | Philadelphia Gas Works, 800 West Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14681323 | + Email/Text: JCAP_BNC_Notices@jcap.com | Apr 28 2023 23:50:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14683596 | Email/Text: bnc-quantum@quantum3group.com | Apr 28 2023 23:50:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14676012 | + Email/PDF: ebn_ais@aisinfo.com | Apr 28 2023 23:49:40 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14672831 | + Email/PDF: tbiedi@PRAGroup.com | Apr 28 2023 23:49:54 | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 14672834 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 29 2023 00:00:16 | U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 14683731 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 29 2023 00:00:16 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107-3380 |
| 14672835 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 28 2023 23:50:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14672836 | + Email/Text: megan.harper@phila.gov | Apr 28 2023 23:50:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14688649 | *+ | Auto Trakk LLC, 1500 Sycamore Road, Suite 200, Montoursville, PA 17754-9416 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2023           Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov |
| PAUL H. YOUNG | on behalf of Debtor Nakia Feribee support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | Chapter 13 |
| NAKIA FERIBEE | | |
| | Debtor | Bankruptcy No. 22-10502-mdc |

# ORDER

**AND NOW**, this \_\_\_\_28th\_\_\_\_ day of \_\_\_\_\_April_____ 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
PAUL H YOUNG, ESQ
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020-


Debtor:
NAKIA FERIBEE

1165 ATWOOD ROAD

PHILADELPHIA, PA 19151